# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**HONORABLE:** Rebecca Rutherford
**DEPUTY CLERK:** L. Price
**LAW CLERK:** _____
**INTERPRETER:** _____

**PRESIDING:** _____
**COURT REPORTER/TAPE NUMBER:** FTR
**USPO:** _____
**Date:** October 12, 2022

---

Cr.No. 3:22-cr-00385-S

DEFT. No. _____

UNITED STATES OF AMERICA
v.
NICOLE MCBEE (1)

Marly Basu, AUSA
John Helms
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

### ARRAIGNMENT/REARRAIGNMENT

Time in Court: 1 m.

Trial Status:  ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Direct Verdict   ☐ Evidence Entered
☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial   ☐ Settled/Guilty   ☐ None

Days in Trial: _____
Hearing Concluded:   ☐ Yes   ☐ No

☐ Defendant SWORN.
☒ Arraignment   ☐ Rearraignment – Held on Count(s) ____1_____
   of the ___1___ count(s)   ☒ Indictment   ☐ Information   ☐ Superseding Indictment   ☐ Complaint
☐ Sentencing Guidelines                                                              ☐ Superseding Information
☒ Deft enters a pleas of   ☒ Not Guilty   ☐ Guilty   ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted   ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set   Date: _____   Time: _____
☐ Trial set for   Date: _____   Time: _____
   Pretrial motions due: _____   Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____
☒ Deft Bond   ☐ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐ 10%   ☒ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond   ☐ continued   ☐ forfeited
☐ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 2 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy